■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMELO VELEZ, Also Known as CARMELO RIVERA, Appellant. —Appeal by the defendant from two judgments of the Supreme Court, Kings County (Egitto, J.), both rendered March 20, 1984, convicting him of burglary in the second degree (two counts, one as to each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WARING, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered April 26, 1984, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.